```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 64248
   VERA LOUISE GARDNER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX
        Debtor
   SSN XXX-XX-1206

-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 12/31/2005 and was confirmed 02/27/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  50.00%.

     The case was dismissed after confirmation 12/15/2008.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
-----------------------------------------------------------------------
ECAST SETTLEMENT CORP     UNSECURED         564.38          .00          192.24
BANK OF AMERICA NA        NOTICE ONLY    NOT FILED          .00             .00
BANK OF NEW YORK          UNSECURED        6007.87          .00         2046.54
BANK OF NEW YORK          NOTICE ONLY    NOT FILED          .00             .00
ING DIRECT                NOTICE ONLY    NOT FILED          .00             .00
SMC                       UNSECURED        1579.26          .00          537.98
CARSON PIRIE SCOTT        NOTICE ONLY    NOT FILED          .00             .00
B-REAL LLC                UNSECURED        4844.94          .00         1701.34
ECAST SETTLEMENT CORP     UNSECURED        1595.05          .00          543.36
RESURGENT CAPITAL SERVIC  UNSECURED        5315.58          .00         1810.73
CITI CARDS                NOTICE ONLY    NOT FILED          .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED        5490.87          .00         1870.44
EXXON MOBIL               UNSECURED     NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED       15349.26          .00         5228.66
RESURGENT CAPITAL SERVIC  UNSECURED         318.21          .00           98.71
CHATHAM VILLAGE COOP      SECURED             .00          .00             .00
PETER FRANCIS GERACI      DEBTOR ATTY     2,500.00                     2,500.00
TOM VAUGHN                TRUSTEE                                      1,026.47
DEBTOR REFUND             REFUND                                          10.53

      Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                 17,567.00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                    14,030.00
ADMINISTRATIVE                                2,500.00
TRUSTEE COMPENSATION                          1,026.47
DEBTOR REFUND                                    10.53

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 64248 VERA LOUISE GARDNER
```

```
                              ---------------      ---------------
TOTALS                            17,567.00            17,567.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 03/05/09                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```